AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

V.

DIMAS ELIAS HERNANDEZ-BENITEZ

DOB:
PDID:

**FILED**

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 06 - 315 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ June 2, 2006 _____ in _____ Washington, D.C. _____ county, in the

_____ District of _____ Columbia _____ defendant was found to be:

an alien who previously has been deported and removed from the United States and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official

in violation of Title __8__ United States Code, Section(s) _____ 1326(a) _____ .

I further state that I am __ Akil Baldwin, Special Agent with the U.S. Immigration and Customs Enforcement __ ,
and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____
Signature of Complainant

AUSA, Frederick Yette   (202) 353-1666

Akil Baldwin, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

JUL 1 0 2006

_____
Date

at    _____ Washington, D.C. _____
City and State

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer