AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

**DIMAS ELIAS HERNANDEZ-BENITEZ**                              **WARRANT FOR ARREST**

DOB:
PDID:

FILED

JUL 1 2 2006                              CASE NUMBER 06 - 315 - M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:     The United States Marshal
        and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest     **DIMAS ELIAS HERNANDEZ-BENITEZ**
                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being an alien who previously has been deported and removed from the United States, and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title _8_ United States Code, Section(s) _§ 1326(a)_ .

DEBORAH A. ROBINSON                          DEBORAH A. ROBINSON
                                             U.S. MAGISTRATE JUDGE
Name of Issuing Officer  MAGISTRATE JUDGE    Title of Issuing Officer  JUL 10 2006  D.C.

Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____                  by _____
                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 7/10/06 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER Reporting Fitzgerald, Derrick | SIGNATURE OF ~~ARRESTING~~ OFFICER Reporting |
| DATE OF ARREST 7/12/06 | | |