IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: |
| | : MAG. NO.: 06-315-M |
| v. | : |
| | : VIOLATION: |
| DIMAS HERNANDEZ-BENITEZ, | : |
| | : 8 U.S.C. § 1326(a) |
| Defendant. | : (Unlawful Reentry of a Removed Alien) |
| | : |
| | : |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about May 31, 2006, within the District of Columbia, defendant **DIMAS HERNANDEZ-BENITEZ**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a))

KENNETH L. WAINSTEIN
United States Attorney

by: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C. 20530
353-2385

CERTIFICATE OF SERVICE

    I, Michael C. Liebman, an Assistant U.S. Attorney, hereby certify that the foregoing was served on defendant Dimas Hernandez-Benitez, by faxing a true and correct copy of the same to Assistant Federal Public Defender Tony Axam, his counsel of record, at fax number 208-7515, on July 20, 2006.

                                                                                                 _____

                                                                                                  Michael C. Liebman