CO-526
(12/86)

**FILED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-223 (RBW)
)
Dimas E. Hernandez Benitez )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Dimos Hernandez_
Defendant

_[signature]_
Counsel for defendant

I consent:

_Michael C. Liebman_
United States Attorney

Approved:

_Reggie B. Walton_
Judge

8/16/06