AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
**AUG 1 6 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF __District of Columbia__

UNITED STATES OF AMERICA

V.

Dimas E. Hernandez Benitez

WAIVER OF INDICTMENT

CASE NUMBER: 06-223 (RBW)

I, __Dimas E. Hernandez Benitez__, the above named defendant, who is accused of

__8 U.S.C. 1326(a) Illegal re-entry of a removed alien__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __August 16, 2006__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

x Dimas Hernandez
Defendant

_____
Counsel for Defendant

Before _____

8/16/06