IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-CR-223 (RBW) |
| v. | : |
| DIMAS ELIAS HERNANDEZ-BENITEZ, | : |
| Defendant. | |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about May 31, 2006, defendant Dimas Elias Hernandez-Benitez was present in the United States in violation of federal law.

On or about August 15, 2005, the defendant was arrested in the United States by agents of U.S. Immigration and Customs ("ICE") enforcement, who determined that he was a citizen and national of El Salvador, who was present in the United States unlawfully. On October 13, 2005, an Immigration Judge ordered that the defendant be removed from the United States to El Salvador. On December 1, 2005, the defendant was advised in writing that after his removal, he was prohibited from entering the United States for a period of 10 years without prior approval

of the Attorney General. On December 12, 2005, the defendant was removed from the United States, via Washington Dulles International Airport, and returned to El Salvador.

On May 31, 2006, the defendant was arrested by Metropolitan Police Department officers, who found him in the area of Fourteenth and Chapin Streets, N.W., Washington, D.C. On June 2, 2006, the defendant provided a sworn written statement in which he acknowledged that he had been deported, and admitted illegally re-entering the United States on April 12, 2006, via Brownsville, Texas.

The defendant had not obtained the Attorney General's permission to return to the United States, and, accordingly, he was present in the United States, within 10 years after removal, in violation of federal law.

                      Respectfully submitted,

                      KENNETH L. WAINSTEIN
                      United States Attorney

By: _____
     Michael C. Liebman
     Assistant United States Attorney
     D.C. Bar No. 479562
     555 Fourth Street, N.W., room 4231
     Washington, D.C. 20530
     353-2385
     616-3782 (fax)
     michael.liebman@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

8/16/06
Date

Dimas Hernandez
Dimas Elias Hernandez-Benitez

### Defense Counsel's Acknowledgment

I am the attorney for Dimas Elias Hernandez-Benitez. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the United States.

8/16/06
Date

Tony Axam
Assistant Federal Public Defender

3