**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUG **1 6** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 06-CR-223 (RBW) |
| | : |
| v. | : |
| | : |
| DIMAS ELIAS HERNANDEZ-BENITEZ,: | |
| Defendant. | |

## Elements of the Offense of Illegal Re-entry After Deportation

The United States of America, by and through the United States Attorney for the District of Columbia, submits that the following elements make out the offense of illegal re-entry after deportation, in violation of 8 U.S. Code § 1326(a):

(1) the defendant is an alien;

(2) the defendant has been denied admission to, or excluded, deported or removed from the United States, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; and thereafter

(3) enters, attempts to enter, or is found in the United States, without the express consent of the Attorney General obtained prior to embarking to the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By:    Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
555 Fourth Street, N.W., room 4231
Washington, D.C.  20530
353-2385
616-3782 (fax)
michael.liebman@usdoj.gov

2

CERTIFICATE OF SERVICE

I, Michael C. Liebman, an assistant U.S. attorney, hereby certify that the foregoing was served on defendant Dimas E. Hernandez-Benitez by faxing a true and correct copy of the same to Assistant Federal Public Defender Tony Axam, his attorney of record, at fax number 208-7515, on August 16, 2006.

Michael C. Liebman