HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

06-223

**FILED**

NOV 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: ~~06-CR-315~~ |
| --- | --- | --- |
| vs. | : | SSN: |
| HERNANDEZ-BENITEZ, Dimas Elias | : | Disclosure Date: October 2, 2006 |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                      **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein. * see attached letter
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Dimas Hernandez_  10-05-06         _[signature]_  10/5/06
**Defendant**           **Date**              **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 16, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
     United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A.J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

October 6, 2006

Ms. Renee Moses-Gregory
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   U.S. v. Dimas Elias Hernandez-Benitez 06-315 (RBW)

Dear Ms. Moses-Gregory:

   Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by Mr. Scott and me, indicating that there are not material factual inaccuracies in the presentence report. The one minor matter that is incorrect is my client's birth date, which should be reflected as March 14, 1986.

   Thank you for the opportunity to respond to the presentence report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender