HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: ~~06-CR-315~~  06-223 |
| vs. | : | SSN: |
| HERNANDEZ-BENITEZ, Dimas Elias | : | Disclosure Date: October 2, 2006 |

**FILED**

NOV 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          10/16/06
**Prosecuting Attorney**                        **Date**
353-2385

### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____        _____    _____
**Defendant**            **Date**                **Defense Counsel**            **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 16, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.  (2 pp, total)

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer

cc. Tony Axam
(AFPD)    10/16/06
208-7515 (fax)

TOTAL P.002

**Receipt and Acknowledgment**                                      Page 2

Signed by: _____

(Defendant/Defense Attorney/AUSA)

Date: _____10/16/06_____