FILED

MAY 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

U.S.A. vs **Hernandez-Benitez, Dimas**    Docket No.: **CR 06-223-01**

**PRAYING THE COURT WILL ORDER** the issuance of a supervised release violation warrant for Dimas Hernandez-Benitez.

### ORDER OF COURT

Considered and ordered this \_\_\_11th\_\_\_ day of \_\_\_May\_\_\_, 2007.

_____
Reggie B. Walton
United States District Judge