Prob 19-DC
(1/82)

**United States District Court**
**for the**
**District of Columbia**

**FILED**

MAY 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Dimas Ellias Hernandez-Benitez        Docket No.: CR 06-223

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT   Dimas Ellias Hernandez-Benitez || SEX   Male | RACE   Hispanic | AGE   21 |
| ADDRESS (STREET, CITY, STATE)   Washington, DC |||||
| SENTENCE IMPOSED BY The Honorable Reggie B. Walton, U.S. District Judge |||||
| CLERK   Nancy Mayer-Whittington | (BY) DEPUTY CLERK   [signature] ||| DATE   5/11/07 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED   5/16/07 || DATE EXECUTED   5/16/07 |
| EXECUTING AGENCY (NAME AND ADDRESS)   USMS  D/DC ||| 337 Constitution Av. Washington D.C. |
| NAME   [signature] | (BY)   DUSM || DATE   5/16/07 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Columbia;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."