```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA** )
                             )  No. 1:06-cr-223-RBW
    **v.**               )
                             )
**DIMAS HERNANDEZ-BENITEZ**   )

    <u>Government's Consent Motion To Continue Hearing</u>

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves to continue the hearing in the above matter now scheduled for Monday, May 21, 2007, at 11 a.m.  The undersigned AUSA has a conflict with another previously scheduled court matter that is starting at 10:30 a.m.

    Counsel for the defendant has advised that the defendant does not object to this motion.  The parties are available Wednesday, May 23, 2007, after 11 a.m.; any time on Friday, May 25, 2007; Tuesday, May 29, 2007, in the morning or after 3 p.m.; and any time Wednesday through Friday, May 30 to June 1, 2007.

    A proposed Order is attached.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          UNITED STATES ATTORNEY

                  /s/
    by: _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        353-2385
        michael.liebman@usdoj.gov