**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 1:06-cr-223-RBW** |
| **v.** | ) | |
| | ) | |
| **DIMAS HERNANDEZ-BENITEZ** | ) | |

O R D E R

Upon the unopposed motion of the government, and for good cause shown, it is hereby ORDERED that the hearing in the above matter now set for Monday, May 21, 2007, is continued to

_____, 2007.


date:                                    _____
                                         Reggie B. Walton
                                         United States District Judge