UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:06-cr-223-RBW |
| v. | ) |
| | ) |
| DIMAS HERNANDEZ-BENITEZ | ) |

O R D E R

Upon the unopposed motion of the government, and for good cause shown, it is hereby ORDERED that the hearing in the above matter now set for Monday, May 21, 2007, is continued to ___May 30___, 2007. @ 1:30pm.

date:

Reggie B. Walton
United States District Judge

FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT