UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 06-cr-223-RBW |
| v. | ) | |
| | ) | |
| **DIMAS HERNANDEZ-BENITEZ** | ) | |

O R D E R

Upon motion of the United States, and for good cause shown, the defendant's supervised release in the above matter is hereby REVOKED.

date: _____

_____
Reggie B. Walton
United States District Judge