A 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

DIMAS HERNANDEZ-BENITEZ

Case Number   06CR223

**FILED**
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, DIMAS HERNANDEZ-BENITEZ, was represented by Tony Axam

It appearing that the defendant, who was sentenced on November 8, 2006 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 5th day of July, 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

NINE (9) months in prison with credit for any time he has already served.

The defendant shall be on supervised release for a term of ONE (1) year.

No fine will be imposed.

The defendant shall pay a $100.00 special assessment fee on Count 1.

The defendant shall comply with the Bureau of Immigration and Customs Enforcement's immigration process. If deported, the defendant shall not re-enter the United States without legal authorization during the period of supervision. Should the defendant receive permission to return to the United States, he shall report to the U.S. Probation Office in the area where he intends to reside within 72 hours of his return.

The defendant shall not be rearrested.

The defendant shall submit to periodic drug testing at the discretion of the Probation Office.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 9th day of July, 2007

_Reggie B. Walton_